Homer H. Stull, appellant, v. J. Theodore Look, appellee. Gen. No. 7,207.

Judgment by confession on note. Judgment opened. Pleas of nonassumpsit, set-off, and conditional delivery. Verdict for plaintiff

on note and for defendant on the set-off. Judgment against plaintiff for balance. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. Deselm, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923. Rehearing denied October 2, 1923.

Miller and Streeter, for appellant. Walter C. Schneider and Walter J. Nourie, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.